Form cscnodsc − ntccsclsnodis

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.: 18−22962−MBK
                Chapter: 13
                Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Donna L. Mansilla
   1101 Beverly Road
   Burlington, NJ 08016

Social Security No.:
   xxx−xx−8035

Employer's Tax I.D. No.:

## NOTICE OF CASE CLOSED WITHOUT DISCHARGE

    All creditors and parties in interest are notified that the above−named case has been closed without entry of discharge for the reason(s) indicated below.

- ☐ Debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

- ☐ Joint debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

- ☐ Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- ☐ Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- ☑ Debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

- ☐ Joint debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

- ☐ Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4−year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

- ☐ Joint Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4 year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

- ☐ An Order denying or revoking the debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

☐   An Order denying or revoking the joint debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

    If the debtor subsequently files a Motion to Reopen the Case to allow for the filing of the above document, the debtor must pay the applicable filing fee. If the debtor's case was closed because the debtor received a discharge in a previous case as set forth above, the debtor will have received a Notice of Clerk's Evidence of Previous Discharge providing an opportunity to be heard prior to case closing.


Dated: June 24, 2021
JAN: gan

                                              Jeanne Naughton
                                              Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Donna L. Mansilla  
Debtor

Case No. 18-22962-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3 | User: admin | Page 1 of 3
Date Rcvd: Jun 24, 2021 | Form ID: cscnodsc | Total Noticed: 34

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 26, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Donna L. Mansilla, 1101 Beverly Road, Burlington, NJ 08016-1106 |
| cr | + | HYUNDAI LEASE TITLING TRUST, P.O. Box 961245, Ft. Worth, TX 76161-0244 |
| lm | + | OCWEN LOAN SERVICING, 1661 WORTHINGTON ROAD, SUITE 100, WEST PALM BEACH, FL 33409-6493 |
| cr | + | Ocwen Loan Servicing, LLC, Robertson, Anschutz & Schneid, P.L., 6409 Congress Ave.suite # 100, Boca Raton, FL 33487-2853 |
| 517735619 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517672891 | + | Credit Union of New Jersey, c/o Peter J. Liska, LLC, 766 Shrewsbury Ave., Tinton Falls, NJ 07724-3001 |
| 518682438 | | DEUTSCHE BANK NATIONAL TRUST COMPANY, Attn: BK Department- P.O. Box 24605, West Palm Beach, FL 33416-4605 |
| 517615876 | + | Exceptional Medical Transportation, Acct No xx-x0251, PO Box 19, West Berlin, NJ 08091-0019 |
| 517615879 | + | Lourdes EMS, Acct No xxxx0852, c/o Columbus Ohio, 825 Tech Center Drive, Suite 200 Columbus, OH 43230-6653 |
| 517741277 | + | OCWEN LOAN SERVICING, LLC, Attn: Bankruptcy Department PO Box 24605, West Palm Beach, FL 33416-4605 |
| 517615881 | | Ocwen Loan Servicing, LLC, Acct No xxxxxx3600, PO Box 24738, West Palm Beach, FL 33416-4738 |
| 517646888 | + | Ocwen Loan Servicing, LLC, Robertson, Anschutz & Schneid, P.L., 6409 Congress Ave., Suite 100, Boca Raton, FL 33487-2853 |
| 518827898 | | PHH MORTGAGE CORPORATION, Attn: Bankruptcy Department, PO Box 24605, West Palm Beach, FL 33416-4605 |
| 518049752 | + | PHH Mortgage Corporation, Bankruptcy Department, 1 Mortgage Way, Mail Stop SV-22, Mount Laurel, NJ 08054-4637 |
| 518049753 | + | PHH Mortgage Corporation, Bankruptcy Department, 1 Mortgage Way, Mail Stop SV-22, Mount Laurel, NJ 08054, PHH Mortgage Corporation Bankruptcy Department 08054-4637 |
| 518894602 | | U.S. Bank Trust National Association, as trustee, for CVILCF Mortgage Loan Trust I, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 518894603 | + | U.S. Bank Trust National Association, as trustee, for CVILCF Mortgage Loan Trust I, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 U.S. Bank Trust National Association, as 75381-460 |
| 517615884 | + | Udren Law Offices, P.C., Acct No xxxxxx3600, 111 Woodcrest Road, Suite 200, Cherry Hill, NJ 08003-3620 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 24 2021 20:51:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 24 2021 20:51:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517615872 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 24 2021 20:51:00 | Boscov's, Acct No xxxxxxxxxxxx5813, Comenity Capital Bank, Bankruptcy Department, PO Box 183043, Columbus, OH 43218-3043 |
| 517615875 | | Email/Text: bankruptcy@cunj.org | Jun 24 2021 20:51:00 | Credit Union of New Jersey, Acct No xxxxx3901, 1035 Parkway Avenue, Trenton, NJ 08618 |
| 517615873 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 24 2021 20:51:00 | Comenity Bank/Ulta, Acct No 3836, Bankruptcy Department, P.O. Box 182125, Columbus, OH 43218-2125 |
| 517615874 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 24 2021 20:53:13 | Credit One Bank, Acct No xxxx-xxxx-xxxx-9613, PO Box 98875, Las Vegas, NV 89193-8875 |
| 517655748 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Jun 24 2021 20:51:00 | Hyundai Lease Titling Trust, PO Box 20809, Fountain Valley, CA 92728-0809 |
| 517615877 | | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Jun 24 2021 20:51:00 | Hyundai Motor Finance, PO Box 650805, Dallas, |

Case 18-22962-MBK    Doc 69    Filed 06/26/21    Entered 06/27/21 00:16:01    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 24, 2021 | Form ID: cscnodsc | Total Noticed: 34 |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | TX 75265-0805 |
| 517615878 | | Email/Text: PBNCNotifications@peritusservices.com | Jun 24 2021 20:50:00 | Kohl's, Acct No xxxxxx8537, PO Box 3043, Milwaukee, WI 53201-3043 |
| 517718374 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 24 2021 20:53:30 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517615880 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 24 2021 20:52:36 | Lowe's/Synchrony Bank, Acct No xxxxxxxxxx6185, PO Box 965060, Orlando, FL 32896-5060 |
| 517724086 | | Email/Text: bnc-quantum@quantum3group.com | Jun 24 2021 20:51:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 517728051 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 24 2021 20:53:08 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 517617988 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 24 2021 20:52:37 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517615882 | | Email/PDF: gecsedi@recoverycorp.com | Jun 24 2021 20:52:37 | Synchrony Bank/Stein Mart, Acct No xxxxxxxxxxxx6498, Attn: Bankruptcy Department, PO Box 965061, Orlando, FL 32896-5061 |
| 517615883 | | Email/PDF: gecsedi@recoverycorp.com | Jun 24 2021 20:52:37 | TJ Maxx, Acct No xxxxxxxxxxxx6718, Synchrony Bank, PO Box 965060, Orlando, FL 32896-5060 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2021              Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 24, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Aleisha Candace Jennings | on behalf of Creditor Ocwen Loan Servicing LLC ajennings@raslg.com |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 3 of 3 |
| Date Rcvd: Jun 24, 2021 | Form ID: cscnodsc | Total Noticed: 34 |

Aleisha Candace Jennings
    on behalf of Creditor PHH Mortgage Corporation ajennings@raslg.com

Denise E. Carlon
    on behalf of Creditor U.S. Bank Trust National Association as Trustee for CVI LCF Mortgage Loan Trust I dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Elizabeth L. Wassall
    on behalf of Loss Mitigation OCWEN LOAN SERVICING ewassall@logs.com njbankruptcynotifications@logs.com;logsecf@logs.com

Harold N. Kaplan
    on behalf of Creditor Ocwen Loan Servicing LLC hkaplan@rasnj.com, informationathnk@aol.com

John R. Morton, Jr.
    on behalf of Creditor HYUNDAI LEASE TITLING TRUST ecfmail@mortoncraig.com mortoncraigecf@gmail.com

Melissa N. Licker
    on behalf of Creditor U.S. Bank Trust National Association as Trustee for CVI LCF Mortgage Loan Trust I NJ_ECF_Notices@mccalla.com, mccallaecf@ecf.courtdrive.com

Melissa N. Licker
    on behalf of Creditor U.S. Bank Trust National Association as Trustee for CVI LCF Mortgage Loan Trust I as serviced by Fay Servicing, LLC NJ_ECF_Notices@mccalla.com, mccallaecf@ecf.courtdrive.com

Phillip Andrew Raymond
    on behalf of Creditor U.S. Bank Trust National Association as Trustee for CVI LCF Mortgage Loan Trust I phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com

Sindi Mncina
    on behalf of Creditor Ocwen Loan Servicing LLC smncina@raslg.com

Thomas J Orr
    on behalf of Debtor Donna L. Mansilla tom@torrlaw.com xerna@aol.com;orrtr87054@notify.bestcase.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 14